# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:17-cv-04180-PSG-AFM | Date | August 23, 2017 |
|---|---|---|---|
| Title | Evaristo Cortes v. Jerry Park et al | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

| **Proceedings (In Chambers):** | ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |
|---|---|

IT IS HEREBY ORDERED that Plaintiff show cause in writing on or before **September 6, 2017** why this action should not be dismissed for lack of prosecution. The Court will consider the filing of the following as an appropriate response to this Order to Show Cause. Failure to respond in writing, may result in the dismissal of the entire action.

X     Proof of Service of Summons and Complaint by Plaintiff.

     Response to Complaint (Amended Complaint) along with Notice of Interested Parties pursuant to Local Rule 7.1-1 by Defendant(s) *OR* Request for Entry of Default by Plaintiff.

     REMOVALS: Copy of Answer filed in state court with proper title page as instructed on the Court's Standing Order along with Notice of Interested Parties pursuant to Local Rule 7.1-1 filed by Defendant(s) *OR* other responsive pleading *OR* Request for Entry of Default by Plaintiff.

     Request to Clerk for Entry of Default Judgment by Plaintiff.

     Motion for Entry of Default Judgment by Plaintiff.

X     Plaintiff to serve ADA Packet on Defendants(s) and file a Proof of Service indicating that the ADA Packet was served on Defendant(s). See Notice to Parties: ADA Disability Access Litigation Dkt. #9.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court.

Pursuant to Local Rule 5-4.5, one mandatory chambers copy of every electronically filed document must be delivered no later than 12:00 p.m. on the following business day. Further, the mandatory chambers copy shall comply with Local Rule 11-3.